UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Yvette Marie Stewart						CASE NO.: 14-

## CHAPTER 13 PLAN

**I.** Debtor proposes to pay by payroll deduction into the Chapter 13 Plan monthly payments of $595 for fifteen (15) months then monthly payments of $840 for forty-five (45) months for a total of sixty (60) months.

**II.** Claims to be paid directly by debtor.

|  | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| Aarons Rent to Own collateral - HHG | $3,675.00 | $245.00 |

**III.** Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800.00. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

**1. Personal Property:**

Capital One Auto Finance: collateral - 2010 Mercedes Benz; estimated secured claim of $27,000 to be paid with interest at 6%. As adequate protection, the creditor, Capital One Auto Finance, shall be paid $25 per month until the debtor's attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

| Internal Revenue Service | $2,765.00 |
| Louisiana Department of Revenue | $1,055.00 |

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 29th day of September, 2014.

McBride Law Firm

/s/Thomas C. McBride
By: Thomas C. McBride (#09210)
Kathryn A. Wiley (#33672)
Thomas C. McBride, LLC
McBride Law Firm
301 Jackson Street, Suite 101
Alexandria, LA 71301
Telephone (318) 445-8800
Facsimile (318) 445-8066